IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARIAH LAFRENIERE, | No  C-04-5308 - VRW |
|     Plaintiff, | ORDER |
|     v | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
|     Defendant. | |

Plaintiff's letter request sua sponte to re-assign the above matter is DENIED.  Civ L R 3-3(a); Gen'l Order No 44.

IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER

United States District Chief Judge