IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFRENIERE,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant._____/ | No. C 04-05308 CRB<br><br>**ORDER** |

    Now pending before this Court is Plaintiff's motion for amended judgment pursuant to Rule 59(e). "A Rule 59(e) motion is appropriate 'if the district court: (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.'" Circuit City Stores, Inc. v. Mantor, 417 F.3d 1060, 1063 n.1 (9th Cir. 2005) (quoting Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993)).

    None of these three circumstances exist here. Contrary to Plaintiff's assertion, the Judiciary Act of 1787 does not constitute "newly discovered evidence," nor could this centuries-old statute constitute "a change in controlling law." Id. Plaintiff's arguments that the district court "committed clear error" are also unavailing. For the reasons set forth in this Court's order of July 6, 2006, Plaintiff's effort to secure a preliminary injunction against Defendant cannot succeed. Absent a viable claim to injunctive relief, this Court lacks jurisdiction over Plaintiff's claims to other forms of relief because the Defendant enjoys

immunity from suit under the Eleventh Amendment, as explained in this Court's order of August 14, 2006. See also Ellis v. City of San Diego, 176 F.3d 1183, 1187 n.2 (9th Cir. 1999) (holding that the University of California, "as a subdivision of the State of California, is immune from damages").

Because Plaintiff has not demonstrated sufficient reason for this Court to reconsider its decision to dismiss this lawsuit, his motion for amended judgment is DENIED.

**IT IS SO ORDERED.**

Dated: September 11, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE