IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>NON PROFITS UNITED (NPU) et al.,<br><br>    Defendant. | No. C 10-04252 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

*Pro se* Plaintiff Pamela Jones has filed a letter (which the Court construes as a Motion) asking permission to file a Second Amended Complaint. The Motion for Leave to File a Second Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: November 16, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE